1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Theresa Wallen
6

7

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | No.  1:10-CV-01307-AWI-GSA |
| Plaintiff, | **REQUEST FOR DISMISSAL; ORDER** |
| vs. | |
| CHEN VANG, et al., | |
| Defendants. | |

Plaintiff Theresa Wallen hereby requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned be dismissed with prejudice in its entirety.  No Defendant has appeared in this action.

Date: November 9, 2010                                    MOORE LAW FIRM, P.C.


                                                          /s/Tanya Moore
                                                          Tanya Moore
                                                          Attorney for Plaintiff

///

///

Request for Dismissal

Page 1

1  ORDER

2     IT IS HEREBY ORDERED that the above-entitled matter be and hereby is dismissed
3 with prejudice in its entirety.

4

5

6

7 IT IS SO ORDERED.

8 Dated:   November 9, 2010

9                             CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28